HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KENNETH EUGENE CARTWRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00044-MJS |
| Plaintiff, | **STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY; ORDER** |
| vs. | |
| KENNETH EUGENE CARTWRIGHT, | Date:   August 27, 2014<br>Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, Kenneth Cartwright, to waive his right to be personally present at his change-of-plea and sentencing hearing scheduled on the above-mentioned date, and instead appear telephonically.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Cartwright has been in settlement discussions with the government through his attorney.  The parties have agreed on a resolution of this matter.  Pursuant to agreement of the parties, Mr. Cartwright will plead guilty to Count Three of the Criminal Complaint and both parties will recommend an assessment of $10 and a 12-month term of unsupervised probation with the standard conditions.  The government will dismiss Counts One, Two, and Four of the Complaint.  Mr. Cartwright lives in Hayward, California, and does not have a vehicle.  It would

1  pose a financial hardship to travel to court in Yosemite National Park by public transportation.
2  Mr. Cartwright agrees that his interests shall be represented at all times by the presence of his
3  attorney of record, the Office of the Federal Defender for the Eastern District of California, the
4  same as if he were personally present.

                                            Respectfully submitted,

                                            BENJAMIN J. WAGNER
                                            United States Attorney

Dated: August 20, 2014                      */s/ Matthew McNease*
                                            MATTHEW McNEASE
                                            Acting Legal Officer
                                            National Park Service
                                            Yosemite National Park

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: August 20, 2014                       */s/ Jerome Price*
                                            JEROME PRICE
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            KENNETH EUGENE CARTWRIGHT

# **O R D E R**

Good cause appearing, the above stipulation is accepted. The defendant may appear telephonically for the change-of-plea and sentencing hearing.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   August 20, 2014                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

-2-